IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY and COUNTY OF SAN FRANCISCO; ANTHONY IRONS, in his individual capacity and alternatively, in his official capacity, as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity, and, alternatively, in his official capacity as Director of the Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as a Safety Manager of the San Francisco Public Utilities Commission; and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | 08-cv-04022 SI |
| ARCH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS, INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL AS | 10-cv-04558 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

| | |
|---|---|
| 1 | TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as Trustee, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | _____/ |

Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned cases to District Judge Susan Illston to consider whether these cases are related on the ground that the later-filed civil case arises from events that occurred in the earlier-filed case. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated:  1/25/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2