1  MICHAEL P. VERNA (# 84070)
   KENNETH G. JONES (# 196868)
2  MICHAEL P. CONNOLLY (# 238478)
   BOWLES & VERNA LLP
3  2121 N. California Boulevard, Suite 875
   Walnut Creek, California 94596
4  Telephone: (925) 935-3300
   Facsimile: (925) 935-0371
5  Email: mverna@bowlesverna.com
          kjones@bowlesverna.com
6
7  Attorneys for Defendants and Counter-Claimants
   MITCHELL ENGINEERING COMPANY,
   a California corporation. S.F. EQUIPMENT,
8  a California corporation; S.F. HOLDINGS, INC.,
   a California corporation; MICHAEL SILVA, an
9  individual; STEPHANIE SILVA, an individual;
   CURTIS F. MITCHELL, an individual; CRYSTAL
10 MITCHELL, an individual; CURTIS F. MITCHELL
   as Trustee of the CURTIS F. MITCHELL FAMILY TRUST
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation. S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS, INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL AS TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as Trustee,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | **CASE NO.: CV-10-4558-SI**<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Judge: Hon. Susan Illston |

///

///

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1

CASE NO.: CV-10-4558-SI

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FED. RULE OF CIVIL PROCEDURE 12(B)(6)

1  In response to the Joint Stipulation for Continuance of Hearing filed on February 22, 2011, and
2  good cause having been shown, it is hereby **ORDERED** that the hearing on counter-defendant CITY
3  AND COUNTY OF SAN FRANCISCO's Motion to Dismiss Counterclaim Against City and County of
4  San Francisco Pursuant to Federal Rule of Civil Procedure 12(B)(6) (the "Motion") [10-4558 Docket
5  No. 51] is continued from March 25, 2011 at 9:00 a.m. to April 1, 2011 at 9:00 a.m.
6  It is hereby further **ORDERED** that the corresponding deadlines for filing any opposition or
7  reply brief shall remain unchanged. Counter-Claimants shall file any opposition by March 4, 2011 and
8  Counter-Defendant shall file any reply brief by March 11, 2011.
9  **IT IS SO ORDERED.**

11  Dated: ___2/22/_____, 2011

12  _____
    HONORABLE SUSAN ILLSTON

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                          CASE NO.: CV-10-4558-SI
[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS COUNTERCLAIM AGAINST
CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FED. RULE OF CIVIL PROCEDURE 12(B)(6)