MICHAEL P. VERNA (# 84070)
KENNETH G. JONES (# 196868)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com
       kjones@bowlesverna.com

Attorneys for Defendants and Counter-Claimants
MITCHELL ENGINEERING COMPANY,
a California corporation. S.F. EQUIPMENT,
a California corporation; S.F. HOLDINGS, INC.,
a California corporation; MICHAEL SILVA, an
individual; STEPHANIE SILVA, an individual;
CURTIS F. MITCHELL, an individual; CRYSTAL
MITCHELL, an individual; CURTIS F. MITCHELL
as Trustee of the CURTIS F. MITCHELL FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation. S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS, INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL AS TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as Trustee,<br><br>     Defendants.<br><br>AND RELATED CROSS-ACTION | **CASE NO.: CV-10-4558-SI**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date: May 20, 2011<br>Time: 9:00 a.m.<br>Dept.: 10, 19th Floor<br>Judge: Hon. Susan Illston |

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

IT IS HEREBY STIPULATED, pursuant to L.R. 7-7(b)(1) and L.R. 6-1(a), jointly by the parties hereto through their respective counsel as follows:

**RECITALS**

1. On March 17, 2011, counter-defendant City and County of San Francisco, ("CCSF") filed a Notice of Motion and Motion to Dismiss First Amended Counterclaim Against City and County of San Francisco Pursuant to Federal Rule of Civil Procedure 12(B)(6) (the "Motion") [Docket No. 60] in response to the counterclaim filed by defendants and counter-claimants Mitchell Engineering Company ("MEC"), S.F. Equipment, S.F. Holdings, Inc., Michael Silva, Stephanie Silva, Crystal Mitchell, and Curtis F. Mitchell, both in his individual capacity and as trustee of the Curtis F. Mitchell Family Trust (collectively, the "MEC Defendants").

2. MEC Defendants filed their opposition to CCSF's Motion on April 1, 2011 [Docket Nos. 69-70]. CCSF filed their reply brief on April 8, 2011 [Docket No. 73].

3. The hearing on CCSF's Motion is currently set for May 20, 2011 at 9:00 a.m.

4. MEC Defendants and CCSF, as well as plaintiff Arch Insurance Company ("Arch"), participated in mediation on April 18-19, 2011 and continue to negotiate a settlement of this matter.

5. MEC Defendants and Arch have stipulated to continue the hearing date for Arch's motion for more definite statement of the fourth and fifth causes of action in the first amended counterclaim, from May 20, 2011 at 9:00 a.m. to June 3, 2011 at 9:00 a.m. [Docket No. 80].

6. MEC Defendants and Arch have also stipulated to continue the hearing date for the MEC Defendants' renewed motion for stay of proceedings, from May 20, 2011 at 9:00 a.m. to June 3, 2011 at 9:00 a.m. [Docket No. 80].

7. CCSF and MEC Defendants desire to have CCSF's Motion heard on the same day as Arch's motion and the MEC Defendants' motion, June 3, 2011.

8. MEC Defendants and CCSF therefore request that the Court execute the [Proposed] Order filed herewith which continues the hearing for the CCSF Motion from May 20, 2011 at 9:00 a.m. to June 3, 2011 at 9:00 a.m.

///

///

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

**STIPULATION**

Based on the foregoing Recitals, the MEC Defendants and CCSF hereby agree and stipulate that CCSF's Motion, currently set for May 20, 2011 at 9:00 a.m., shall be continued to June 3, 2011 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 28, 2011     BOWLES & VERNA LLP

By:  /S/ Michael P. Connolly
     MICHAEL P. VERNA
     KENNETH G. JONES
     MICHAEL P. CONNOLLY
     Attorneys for Defendants and Counter-Claimants
     MITCHELL ENGINEERING COMPANY, a California corporation.
     S.F. EQUIPMENT, a California corporation; S.F. HOLDINGS, INC., a California corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL as Trustee of the CURTIS F. MITCHELL FAMILY TRUST

Dated: April 28, 2011     CITY ATTORNEY

By:  /S/Ronald P. Flynn
     DENNIS J. HERRERA
     GEORGE K. WONG
     RONALD P. FLYNN
     Attorneys for Counter-Defendant
     CITY AND COUNTY OF SAN FRANCISCO

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Michael P. Connolly
Michael P. Connolly

---

3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT CCSF's Motion to Dismiss First Amended Counterclaim Against City and County of San Francisco Pursuant to Federal Rule of Civil Procedure 12(B)(6), currently set for May 20, 2011 at 9:00 a.m., is continued to June 3, 2011 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____May 2_____, 2011

_____
Hon. Susan Illston
United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AGAINST CITY AND COUNTY OF SAN FRANCISCO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596