```
 1  JAMES DIWIK (STATE BAR NO. 164016)
    MATTHEW FISCHER (STATE BAR NO. 191451)
 2  Sedgwick LLP
    One Market Plaza, Steuart Tower, 8th Floor
 3  San Francisco, CA  94105-1008
    Telephone:    415.781.7900
 4  Facsimile:    415.781.2635
    james.diwik@sedgwicklaw.com
 5  david.mangini@sedgwicklaw.com

 6  Attorneys for Plaintiff/Counter-Defendant
    ARCH INSURANCE COMPANY
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION
12
```

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL in his capacity as TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as trustee,<br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 10 04558–SI<br><br>**ARCH INSURANCE COMPANY'S REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Honorable Susan Illston<br><br>Complaint Filed: October 7, 2010 |

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

Case mgt. set 7/8/11

SF/2225252v1

ARCH'S REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE

1    Plaintiff and Counter-defendant Arch Insurance Company's ("Arch") hereby requests
2 that the Court schedule an initial case management conference in this matter on July 8, 2011 at
3 9:30 a.m. in Courtroom 10, to occur after the hearings scheduled in this matter pursuant to the
4 Clerk's Notice (Docket No. 86) filed on May 24, 2011, or as soon thereafter as the Court may
5 order.

6    Arch filed the complaint in this action on October 7, 2010 and Defendants filed a motion
7 to stay proceedings on December 17, 2011 and a counterclaim on January 13, 2011 against Arch
8 and the City and County of San Francisco ("CCSF"). The motion for stay was denied and this
9 case was subsequently assigned to your Honor pursuant to the Related Case Order filed on
10 February 9, 2011 (Docket No. 50). The Related Case Order vacated the prior initial case
11 management conference schedule by Judge Wilken and stated that the case management
12 conference "will be rescheduled by the Court". To date, an initial case management conference
13 has not yet been scheduled. Counsel for Arch and Defendants conducted a Rule 26(f) discovery
14 conference before CCSF was added as a counterclaimant. The parties have not yet exchanged
15 initial disclosures. Accordingly, Arch respectfully requests that the Court schedule an initial
16 case management conference to be held on July 8, 2011 at ~~9:30~~ 9:00 a.m.

18 DATED: June 3, 2011           SEDGWICK LLP

20                                By: /S/ Matthew Fischer
21                                    James Diwik
                                      Matthew Fischer
                                      Attorneys for Plaintiff/Counter-Defendant
22                                    ARCH INSURANCE COMPANY