JAMES DIWIK (STATE BAR NO. 164016)
MATTHEW FISCHER (STATE BAR NO. 191451)
Sedgwick LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105-1008
Telephone:    415.781.7900
Facsimile:    415.781.2635
james.diwik@sedgwicklaw.com
david.mangini@sedgwicklaw.com

Attorneys for Plaintiff/Counter-Defendant
ARCH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL in his capacity as TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as trustee,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 10 04558–SI<br><br>**[PROPOSED] ORDER GRANTING JOINT NOTICE OF TENTATIVE SETTLEMENT AGREEMENT AND STIPULATION CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND THE HEARINGS ON CCSF'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM, MEC DEFENDANTS' RENEWED MOTION FOR STAY OF PROCEEDINGS AND ARCH INSURANCE COMPANY'S MOTION FOR MORE DEFINITE STATEMENT**<br><br>Honorable Susan Illston<br><br>Complaint Filed: October 7, 2010 |

[PROPOSED] ORDER GRANTING JOINT NOTICE OF TENTATIVE SETTLEMENTAGREEMENT
AND STIPULATION CONTINUING THE INITIAL CMC AND HEARINGS

SF/2280626v1

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the initial case management conference, ~~as well as CCSF's Motion to Dismiss First Amended Counterclaim Against City and County of San Francisco Pursuant to Federal Rule of Civil Procedure 12(B)(6), MEC Defendants' Renewed Motion for Stay of Proceedings Based on New Law and Facts and Arch's More Definite Statement of the Fourth and Fifth Causes of Action in the First Amended Counterclaim,~~ currently set for July 29, 2011, are continued to September 30, 2011 at ~~9:00 a.m.~~ 3:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/14/11, 2011

_____
Hon. Susan Illston
United States District Judge

The motions are ordered withdrawn and shall be refiled if necessary.

2
[PROPOSED] ORDER GRANTING JOINT NOTICE OF TENTATIVE SETTLEMENT AGREEMENT AND STIPULATION CONTINUING THE INITIAL CMC AND HEARINGS

SF/2280626v1