JAMES DIWIK (STATE BAR NO. 164016)
MATTHEW FISCHER (STATE BAR NO. 191451)
Sedgwick LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:    415.781.7900
Facsimile:     415.781.2635
james.diwik@sedgwicklaw.com
david.mangini@sedgwicklaw.com

Attorneys for Plaintiff/Counter-Defendant
ARCH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL in his capacity as TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as trustee,<br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 10 04558–SI<br><br>[PROPOSED] ORDER GRANTING **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 18, 2011**<br><br><br>Honorable Susan Illston<br><br>Complaint Filed:  October 7, 2010 |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the September 30, 2011 initial case management conference is continued to November 18, 2011 at 3:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __9/26/11__, 2011      _____
  Hon. Susan Illston
  United States District Judge