| | |
|---|---|
| 1 | JAMES DIWIK (STATE BAR NO. 164016) |
| | MATTHEW FISCHER (STATE BAR NO. 191451) |
| 2 | Sedgwick LLP |
| | One Market Plaza, Steuart Tower, 8th Floor |
| 3 | San Francisco, CA  94105-1008 |
| | Telephone:    415.781.7900 |
| 4 | Facsimile:     415.781.2635 |
| | james.diwik@sedgwicklaw.com |
| 5 | david.mangini@sedgwicklaw.com |
| 6 | Attorneys for Plaintiff/Counter-Defendant |
| | ARCH INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, | Case No. CV 10 04558–SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 18, 2011** |
| MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL in his capacity as TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as trustee, | Honorable Susan Illston |
| | Complaint Filed:  October 7, 2010 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the September 30, 2011 initial case management conference is continued to November 18, 2011 at 3:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____9/26/11_____, 2011           _____
                                            Hon. Susan Illston
                                            United States District Judge