| | |
|---|---|
| 1 | JAMES DIWIK (STATE BAR NO. 164016) |
| 2 | MATTHEW FISCHER (STATE BAR NO. 191451)<br>Sedgwick LLP |
| 3 | 333 Bush Street<br>30th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:    415.781.7900 |
| 5 | Facsimile:    415.781.2635<br>*james.diwik@sedgwicklaw.com* |
| 6 | *david.mangini@sedgwicklaw.com* |
| 7 | Attorneys for Plaintiff/Counter-Defendant<br>ARCH INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>MITCHELL ENGINEERING COMPANY, a California Corporation; S.F. EQUIPMENT, a California Corporation; S.F. HOLDINGS INC., a California Corporation; MICHAEL SILVA, an individual; STEPHANIE SILVA, an individual; CURTIS F. MITCHELL, an individual; CRYSTAL MITCHELL, an individual; CURTIS F. MITCHELL in his capacity as TRUSTEE OF THE CURTIS F. MITCHELL FAMILY TRUST; MACDONALD AUXILIARY CORPORATION, solely in its capacity as trustee,<br>                    Defendants. | Case No. CV 10 04558–SI<br><br>STIPULATION OF DISMISSAL AND [~~P~~ROPOSED] ORDER<br><br>Honorable Susan Illston<br><br>Complaint Filed:  October 7, 2010 |
| AND RELATED COUNTERCLAIMS. | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, through their undersigned authorized counsel, hereby agree and stipulate that this action, and all claims and counterclaims asserted therein, are hereby dismissed with prejudice.  Each side is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED:  October 28, 2011        BOWLES & VERNA LLP


By:  _____/S/  Michael P. Connolly_____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Defendants and Counter-claimants
MITCHELL ENGINEERING COMPANY, a California Corporation, S.F. EQUIPMENT, a California Corporation, S.F. HOLDINGS, INC., a California Corporation, MICHAEL SILVA, an individual, STPEHANIE SILVA, an individual,  CURTIS F. MITCHELL, an individual, CRYSTAL MITCHELL, an individual, CURTIS F. MITCHELL as Trustee of the Curtis F. Mitchell Family Trust


DATED:  October 28, 2011        SEDGWICK LLP


By:  _____/S/  Matthew Fischer_____
James Diwik
Matthew Fischer
Attorneys for Plaintiff and Counter-Defendant
ARCH INSURANCE COMPANY

1 | DATED: October 28, 2011        CITY ATTORNEY

                          By:    /S/  Ronald P. Flynn
                                 DENNIS J. HERRERA
                                 RONALD P. FLYNN
                                 Attorneys for Counter-Defendant
                                 CITY AND COUNTY OF SAN
                                 FRANCISCO

IT IS SO ORDERED.

Dated:  _____11/2/11_____        _____Susan Illston_____
                                           Susan Illston
                                           United States District Court Judge

-2-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          CASE NO. CV 10 04558–SI

SF/2569958v1